Office of Disciplinary Counsel *v.* Glover.

[Cite as *Disciplinary Counsel v. Glover* (1994), 70 Ohio St.3d 80.]

(No. 94-520—Submitted April 25, 1994—Decided August 24, 1994.)

*Geoffrey Stern,* Disciplinary Counsel, and *Sally Ann Steuk,* Assistant Disciplinary Counsel, for relator.

*Valerie J. Glover, pro se.*

---

*Per Curiam.* Respondent is hereby indefinitely suspended from the practice of law in this state. She may not apply for reinstatement until she submits proof of reinstatement in Pennsylvania and the District of Columbia. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.